**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.      1:21-CV-01058-CMA-MEH

MICHAEL CRUTCHLEY,
Plaintiff,

v.

TOWN OF DILLON
Defendant.

## STIPULATED MOTION FOR DISMISSAL

The parties, by their respective counsel, pursuant to Fed.R.Civ.P. 41, hereby submit the following Stipulated Motion for Dismissal of all claims against the Defendant, the Town of Dillon, with prejudice.

The parties hereby stipulate as follows:

Any and all claims asserted against Defendant, as set forth in Plaintiff's Second Amended Complaint and Jury Demand, and all other pleadings shall be dismissed, with prejudice, each party to pay his or its own attorney's fees and costs.

This case should be deemed closed and all deadlines and appearances vacated.

WHEREFORE, the parties respectfully request that the Court enter an Order confirming the dismissal of all claims against the Town of Dillon, with prejudice, each party to pay its own costs and attorney fees and closure of the case.

-2-

Respectfully submitted this 12th day of October, 2021.

                                           *s/Meredith A. Quinlivan*
                                           Meredith A. Quinlivan, Esq.
                                           McFarland Litigation Partners, LLC
                                           910 13th St., #200
                                           Golden, CO 80401
                                           Telephone: 303.279.8300
                                           Facsimile: 303.277.1620
                                           Email: Meredith@McFarland.law
                                           *Attorney for Plaintiff*

                                           -AND-

                                           *s/Marni Nathan Kloster*
                                           Marni Nathan Kloster
                                           Nicholas C. Poppe
                                           NATHAN DUMM & MAYER P.C.
                                           7900 E. Union Avenue, Suite 600
                                           Denver, CO  80237-2776
                                           Phone Number: (303) 691-3737
                                           Fax: (303) 757-5106
                                           *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of October, 2021, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Meredith A. Quinlivan, Esq.
McFarland Litigation Partners, LLC
910 13th St., #200
Golden, CO 80401
Telephone: 303.279.8300
Facsimile: 303.277.1620
Email: Meredith@McFarland.law
*Attorney For Plaintiff*

 

                                      *s/Marni Nathan Kloster*
                                      Nicholas C. Poppe
                                      Marni Nathan Kloster
                                      Attorney for Defendants
                                      NATHAN DUMM & MAYER P.C.
                                      7900 E. Union Avenue, Suite 600
                                      Denver, CO  80237-2776
                                      Phone Number:  (303) 691-3737
                                      Facsimile:  (303) 757-5106
                                      NPoppe@ndm-law.com
                                      MNathan@ndm-law.com