IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-01058-CMA-MEH

MICHAEL CRUTCHLEY,

 Plaintiff,

v.

DILLON POLICE DEPARTMENT,

 Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

 THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Doc. # 21).  The Court having reviewed the file and being fully advised in the premises, hereby

 ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

 DATED:  October 12, 2021

             BY THE COURT:

             _____
             CHRISTINE M. ARGUELLO
             United States District Judge